IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

**ORIGINAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 3-06CR0341-B |
| v. | § | No. ~~3-06CV0341-B~~ |
| RICHARD HOCHAN KANG (1) | § § § | |

### INFORMATION

The United States Attorney charges:

Count One
Tax Evasion
(Violation of 26 U.S.C. § 7201)

On or about October 19, 2002, in the Dallas Division of the Northern District of Texas, **Richard Hochan Kang**, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2001, by filing and causing to be filed with the Internal Revenue Service Center at Austin, Texas, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, wherein he grossly understated stated his taxable income for the calendar year 2001, and that the amount of tax due and owing thereon was the sum of $ 904, whereas, as he then and there well knew and believed, his taxable income for the said calendar year was substantially higher and upon which there was owing to the United States of America an income tax of $27,205.65.

In violation of Title 26, United States Code, Section 7201.

<u>Count Two</u>
False Declarations of a Tax Return
(Violation of 26 U.S.C. § 7206(1))

On or about October 20, 2002, in the Dallas Division of the Northern District of Texas, **Richard Hochan Kang**, defendant, did willfully make and subscribe a tax return that contained a written declaration that it was made under penalties of perjury, which tax return the defendant did not believe to be true and correct to every material matter, in that **Kang** failed to report substantial income of a corporation of which he was owner, on Form 1120S, the United States Income Tax Return for Subchapter S Corporations, for the calendar year 2001, which return was filed with the Internal Revenue Service Center at Austin, Texas.

In violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
ROBERT L. WEBSTER
Assistant United States Attorney
Texas State Bar No.21053375
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8683
Fax: 214.659.8803
robert.webster@usdoj.gov

**Information - Page 2**

B

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

RECEIVED NOV - 6 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

3-06CR0341-B
3-06CV0341-B

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☐ No

   Defendant Name     RICHARD HOCHAN KANG  (1)

   Alias Name     _____

   Address     _____

   County in which offense was committed:     _____

2. **U.S. Attorney Information**

   AUSA Robert L. Webster      Bar #  TX Bar No. 21053375

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Issue arrest warrant

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  2      ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 26 U.S.C. § 7201 | Tax Evasion | 1 |
   | 26 U.S.C. § 7206 (1) | False Declarations of a Tax Return | 2 |

   Date _____     Signature of AUSA: _/s/ Ma Bul_

   for Robert L. Webster, AUSA